*Mr. Francis Martin* for petitioner.  *Mr. Pierre M. Brown,
Mr. Samuel Park* and *Mr. Henry E. Mattison* for respondent.

---

No. 590. WILLIAM SNYDER *v.* ANNIE SNYDER, USE OF WILLIAM L. HUNT. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. James B. Reilly* for petitioner. *Mr. R. W. Bishop* for respondent.

---

No. 593. PENNSLYVANIA RAILROAD COMPANY ET AL. *v.* NAAM LOOZE VENNOOT SCHAP ET AL. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Frederic D. McKenney* and *Mr. Shirley Carter* for petitioners. *Mr. J. Parker Kirlin, Mr. Albert C. Ritchie* and *Mr. John M. Woolsey* for respondents.

---

No. 594. PENNSYLVANIA RAILROAD COMPANY ET AL. *v.* EDWIN DYASON, MASTER, ETC. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Frederic D. McKenney* and *Mr. Shirley Carter* for petitioners. *Mr. James K. Symmers* for respondent.

---

No. 596. CLAUDE A. P. TURNER *v.* DEERE & WEBBER BUILDING COMPANY ET AL. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Frank A. Whiteley* and

*Mr. Arthur McGuirk* for petitioner. *Mr. Amasa C. Paul* and *Mr. Edward Rector* for respondents.

---

No. 600. FRANK W. DARLING *v.* CITY OF NEWPORT NEWS.   Error to the Supreme Court of Appeals of the State of Virginia.   October 28, 1918.   Petition for a writ of certiorari herein denied. *Mr. John Winston Read* and *Mr. Maryus Jones,* for plaintiff in error, in support of the petition. *Mr. John A. Massie,* for defendant in error, in opposition to the petition.

---

No. 601. PACIFIC MAIL STEAMSHIP COMPANY *v.* PANAMA RAILROAD COMPANY.   October 28, 1918.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* for petitioner. *Mr. Richard Reid Rogers* for respondent.

---

No. 602. A. C. ROBINSON, TRUSTEE, ETC., *v.* SEABOARD NATIONAL BANK OF NEW YORK.   October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Alvin A. Morris, Mr. Samuel McClay, Mr. Thomas Patterson* and *Mr. J. Merrill Wright* for petitioner. *Mr. Herman Aaron* and *Mr. M. W. Acheson, Jr.,* for respondent.

---

No. 603. A. C. ROBINSON, TRUSTEE, ETC., *v.* J. H. PURDY.   October 28, 1918.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit